JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| CAROLE MAZER, an individual, | Case No. 2:19-cv-07700-SVW-SK |
| Plaintiff, | Judge: Hon. Stephen V. Wilson |
| vs. | **ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL (FRCP 41(a)(1)(A))** |
| MEDCOR, INC., and DOES 1 through 50, inclusive, | |
| Defendants. | Complaint Filed: August 5, 2019 |
| | Removal Filed: September 5, 2019 |
| | Pretrial Conf.: April 20, 2020 |
| | Jury Trial: April 28, 2020 |

IT IS HEREBY ORDERED, pursuant to stipulation of the Parties, and for Good Cause appearing, that the above-entitled Action is hereby DISMISSED WITH PREJUDICE, with the Parties to bear their own attorneys' fees and costs incurred in the Action.

IT IS SO ORDERED.

Dated: April 6, 2020

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Sutton Hague
Law Corporation, P.C.
5200 N. Palm Avenue
Suite 203
Fresno, CA 93704

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL (FRCP 41(a)(1)(A))